No. 546. In re Campbell. November 18, 1940. Petition for writ of certiorari to the Court of Appeals for

the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Helen Douglas Campbell, pro se.*